# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

138144

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v

RAYMOND PAYNE,
           Defendant-Appellant.

SC: 138144
COA: 281187
Ingham CC: 07-000471-FH

_____/

On order of the Court, the application for leave to appeal the December 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

Clerk